UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ROSALES,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No: 2:20-CV-06532-DMG-GJS<br><br>[~~PROPOSED~~] **JUDGMENT** |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: May 10, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-