UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| JAVIER ROSALES, | ) | CASE NO. CV-20-06532-DMG(GJS) |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER |
| | ) | AWARDING ATTORNEY'S |
| v. | ) | FEES AND COSTS PURSUANT |
| | ) | TO THE EQUAL ACCESS TO |
| | ) | JUSTICE ACT, 28 U.S.C. |
| ANDREW M. SAUL, | ) | § 2412(d), AND COURT COSTS |
| COMMISSIONER OF SOCIAL | ) | PURSUANT TO |
| SECURITY, | ) | 28 U.S.C. § 1920 |
| | ) | |
| Defendant | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SIX-THOUSAND ONE-HUNDRED DOLLARS and NO CENTS ($6,100.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in

///

///

-1-

the amount of FOUR-HUNDRED DOLLARS and NO CENTS, pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: July 2, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE