UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAVIER ROSALES, | ) CASE NO. CV 20-06532-GJS |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) AWARDING ATTORNEY'S |
| | ) FEES PURSUANT 42 U.S.C. |
| | ) § 406(b). |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

In response to Plaintiff's Motion for Attorney's Fees Pursuant to 42. U.S.C. § 406(b), the court hereby grants the motion and it is ORDERED that Plaintiff'S counsel is awarded attorney's fees in the amount of TWENTY-THOUSAND TWO-HUNDRED NINETY DOLLARS AND SEVENTY-FIVE CENTS

($20,290.75) under 42. U.S.C. § 406(b), which represents 25% of Plaintiff's back-due Social Security Disability Insurance benefits under Title II of the Social Security Act.

Plaintiff's counsel was previously awarded SIX-THOUSAND ONE-HUNDRED DOLLARS AND NO CENTS ($6,100.00) in attorney's fees under the Equal Access to Justice Act ("EAJA") by this court in an Order issued July 2, 2021 (Docket Entry No. 22), and pursuant to the offset provisions of the EAJA, upon the receipt of the full attorney's fee under 42 U.S.C. § 406(b) by Plaintiff's counsel, he is ordered to reimburse to Plaintiff the full amount of the EAJA fee previously awarded.

IT IS SO ORDERED.

Dated: August 24, 2022  _____
HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE